Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Facsimile: (406) 453-4663
I. D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | |
|---|---|
| In re ) | |
| ) | No. 19-61179-13 |
| KRISTINE ROSE IHLI, ) | |
| ) | |
| Debtor. ) | |

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN DATED NOVEMBER 25, 2019**

---

The Chapter 13 Standing Trustee objects to confirmation of the Chapter 13 Plan dated November 25, 2019, for the reason that Paragraph 33 of the Debtor's Schedule B states that the Debtor holds a potential claim against Jan and Theresa Ogle.  The Plan fails to provide for any disposition of the claim or payment of its proceeds to fund the Plan.  Thus, the Plan fails to meet the requirements of the best interests of creditors test appearing at 11 U.S.C. § 1325(a)(4).

WHEREFORE, the Trustee prays:

1.  That confirmation of the Plan be denied.

2.  For such other and further relief as the Court deems appropriate.

DATED December 20, 2019.

                                                    Chapter 13 Standing Trustee
                                                  P. O. Box 1829
                                                  Great Falls, Montana  59403-1829

                                                  By /s/ Robert G. Drummond
                                                      Trustee